**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OMAR JOSE DELGADO,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:13-cv-153-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**
_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 15) filed on March 19, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted and Plaintiff's Complaint be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and noting that Plaintiff has not filed a response to the motion or any objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed April 23, 2013 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 15) filed on March 19, 2013, is GRANTED.

3. This case is DISMISSED, WITH PREJUDICE.

4. The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 8, 2013.

Copies furnished to:

ANNE C. CONWAY
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party